UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 3:21-CR-114 |
| v. | ) |
| | ) JUDGES Varlan/Guyton |
| BRYCE ALLEN AXLINE | ) |

## MOTION TO SEAL

The United States of America, by and through Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby moves to seal the Indictment returned in the above-styled case, along with this Motion to Seal and ensuing Order, until further Order of this Court. In support of this request, the United States submits that the defendant in this case is involved in a pending investigation, and it is believed that prior knowledge of the Indictment would compromise the investigation.

Respectfully submitted this 15th day of September, 2021.

FRANCIS M. HAMILTON III
Acting United States Attorney

By: /s/ LaToyia T. Carpenter
LaToyia T. Carpenter
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
Telephone: (865) 545-4167
TN Bar No. 033593
Latoyia.carpenter@usdoj.gov