
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:21-CR-114 |
| | ) |
| BRYCE ALLEN AXLINE | ) JUDGES Varlan/Guyton |

### INDICTMENT

#### COUNT 1
[Vehicular Homicide]

The Grand Jury charges that, on or about June 7, 2021, in the Eastern District of Tennessee and within the Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **BRYCE ALLEN AXLINE**, did recklessly kill ▇▇▇▇▇▇▇, as the proximate result of operating a motor vehicle in a manner that created substantial risk of death or serious bodily injury and while intoxicated, in violation of Tennessee Code Annotated, Section 39-13-213, and Title 18, United States Code, Sections 13 and 7(3).

#### COUNT 2
[Vehicular Assault]

The Grand Jury further charges that, on or about June 7, 2021, in the Eastern District of Tennessee and within the Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **BRYCE ALLEN AXLINE**, did unlawfully and recklessly cause serious bodily injury to ▇▇▇▇▇▇▇ by the operation of a motor vehicle, the serious bodily injury to ▇▇▇▇▇▇▇ being the proximate result of the intoxication of the defendant as operator of said motor vehicle, Tennessee Code Annotated, Section 39-13-106, and Title 18, United States Code, Sections 13 and 7(3).

## COUNT 3
[Involuntary Manslaughter]

The Grand Jury further charges that, on or about June 7, 2021, in the Eastern District of Tennessee and within the Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **BRYCE ALLEN AXLINE**, did unlawfully kill ▮▮▮▮▮▮▮▮ without malice, in the commission of an unlawful act not amounting to a felony, that is reckless driving of a motor vehicle, in violation of Title 18, United States Code, Sections 1112 and 7(3).

## COUNT 4
[Reckless Driving]

The Grand Jury further charges that, on or about June 7, 2021, in the Eastern District of Tennessee and within the Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **BRYCE ALLEN AXLINE**, did recklessly operate a motor vehicle with willful and wanton disregard for the safety of persons and property, in violation of Tennessee Code Annotated, Section 55-10-205, and Title 18, United States Code, Sections 13 and 7(3).

## COUNT 5
[Underage Driving While Impaired]

The Grand Jury further charges that, on or about June 7, 2021, in the Eastern District of Tennessee and within the Great Smoky Mountains National Park, a place within the special maritime and territorial jurisdiction of the United States, the defendant, **BRYCE ALLEN AXLINE**, a person between the age of sixteen (16) and twenty-one (21), did operate an automobile with a blood alcohol concentration of more than two-hundredth of one percent

(0.02), in violation of Tennessee Code Annotated, Section 55-10-415, and Title 18, United States Code, Sections 13 and 7(3).

A TRUE BILL:

GRAND JURY FOREPERSON

FRANCIS M. HAMILTON III
ACTING UNITED STATES ATTORNEY

LATOYIA T. CARPENTER
JENNIFER KOLMAN
Assistant United States Attorneys

# CRIMINAL CASE COVER SHEET

| By: | ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____ |
|---|---|
| | ☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)* |
| | ☐ RULE 20 |

USA v. **BRYCE ALLEN AXLINE**

☑ Felony ☑ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☑ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: **LaToyia T. Carpenter**

Matter Sealed: ☑ YES ☐ NO    Place of Offense: **Sevier County, TN**

☐ Interpreter Required    Language: _____

Issue: ☑ WARRANT ☐ SUMMONS ☐ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☐ FBI ☑ Other: **NPS**

Current Trial Date (if any): _____ before Judge _____

☐ Criminal Complaint Filed    Case Number: _____

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): _____

☐ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant    **5**

*(Attach additional page, if needed)*

Attorney Signature *[signature]*

CRIMINAL CASE COVER SHEET

Case Number _____

USA v. BRYCE ALLEN AXLINE

(Continued from Page 1)

|  | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| Ct. 1 | T.C.A. § 39-13-213; 18 U.S.C. §§ 13 and 7(3) | Vehicular Homicide | | | |
| Ct. 2 | T.C.A. § 39-13-106 and 18 U.S.C. §§ 13 and 7(3) | Vehicular Assault | | | |
| Ct. 3 | 18 U.S.C. §§ 1112 and 7(3) | Involuntary Manslaughter | | | |
| Ct. 4 | T.C.A. § 55-10-205; 18 U.S.C. §§ 13 and 7(3) | Reckless Driving | | | |
| Ct. 5 | T.C.A. § 55-10-415; 18 U.S.C. §§ 13 and 7(3) | Underage Driving While Impaired | | | |