UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 3:21-CR-114 |
| v. | ) | |
| | ) | JUDGES VARLAN/GUYTON |
| BRYCE ALLEN AXLINE | ) | |

## MOTION TO SEAL AND REPLACE INDICTMENT

The United States of America, by and through Francis M. Hamilton III, Acting United States Attorney for the Eastern District of Tennessee, hereby moves that the Indictment [Doc. 3] filed under seal on September 15, 2021, in the above-styled case be held under seal until further order of this Court, and to replace that Indictment with the attached redacted version of the Indictment.

In support of this request, the United States submits that the names of the victims in this case were inadvertently shown in the Indictment which was filed on September 15, 2021 [Doc. 3]. The United States has redacted the names of the victims on the attached Indictment.

Respectfully submitted this 23rd day of September, 2021.

FRANCIS M. HAMILTON III
Acting United States Attorney

By:     s:/ LaToyia T. Carpenter
        LaToyia T. Carpenter
        Assistant United States Attorney
        800 Market Street, Suite 211
        Knoxville, Tennessee 37902
        Telephone: (865) 545-4167
        TN Bar No. 033593
        Latoyia.carpenter@usdoj.gov