Dear, Honorable Judge Thomas A. Varlan

In 2021 my son was involved in a car accident in Gatlinburg, Tennessee. Life changing events took place for three different families. My son was the driver of the vehicle. My heart was broken that day for all families involved. A group of parents had to suffer every parents worst nightmare, which is; the loss of a child. I can express my feelings of sympathy for her family and the pain they must bare each and every single day. If I could take that pain away from one parent to another I would give anything to do so! Not a day or holiday passes by where I do not say a prayer for the Parker family and Sarah's family. Although I can not change the events that have taken place, I may be able to explain a history leading up to this tragic day. I would like for you to know a little about our family and our family history. If you are able to know about a person background, it may explain logic and reasoning. I would like to start of by telling you about my personal history. This is not an easy discussion to have for myself in person nor on paper. I grew up in a home that was any child's worst fear. My stepfather was a very very abusive alcoholic. My entire childhood was traumatic. I was the oldest of three children. I have a brother one year younger then myself and a sister 6 younger. I was 6 years old when I had to grab my 6 month old sister and 5 year brother and escape out of a window to run to the neighbors and call 911. My step father would physically beat my mother until she was unconscious. I can remember him slamming her head into the corner of a dresser. He would beak her nose and punch her repeatedly. My mother is 5"1" and 110 pounds. My step father did this until I was 12 years old. The physical abuse didn't just stop with my mother, my brother and I were also abused. My brother got hit with the belt so badly from the back of his neck to his ankles that he was bleeding. My mother took pictures and threatened to call children services, but she never did. I went to school and informed my teacher. Children services was contacted. Once the case worker would show to my home I was told I would be killed if I told them anything. After I had already been hit and nearly watched my mother die and my brother I knew better to say anything at all. There is so much more that I will not be able to put in this letter because it would take days to right. My mother divorced this demon when I was 12 and married another monster that was the exact same. I felt like my safe place was school. I got a meal and I was beaten on. I loved school and carried honor roll status throughout high school. I attempted suicide at 17. The courts awarded me to my father was also an alcoholic and drug addict. At 17 I was made a legal adults by the court. Finally a childhood I could be free from. I swore I would never ever allow my children to suffer anything like I did. I had my 1st daughter at 19. Her father and I didn't work out. I met my husband now in 1997. We married and had 2 more children. He raised my oldest daughter as his own. I promised to raise my children with a mother and a father who loved them more then life itself. I would do anything and everything to make sure my children knew what love was and what a family was. Nothing is more important to me. I am not a perfect parent though. In 2007 I fell at my place of employment and fractured 2 vertebrae's in between my shoulder blades. I received doctors care that included being put on pain pills. I was never told about becoming addicted to the pain pill. I was totally against any kind of drugs because of mother and my father. I watched my father shot up heroin at the age of 17. I swore I would never use drugs that day. I become addicted to the pills. I also had the I juries of 3 bulging discs and a herniated disc in my lower lumbar of my spine. I have 2 MRI's done that also showed degenerative disc disease. I spent many years being addicted u til I decided I wanted to not be a statistic. I got help and got myself off the narcotics. I try to now help others stay clean and to know life is so much more. My children have also been my priority. I also lost my father due to him being an alcoholic and committing suicide. I have been through so much in life that I have tried to show my children what not to do wrong in life. All three of my children have the biggest hearts and dreams to follow through with in life. Unfortunately, my children did see my husband and I argue and fight. They didn't have a perfect childhood. I can only blame myself for that.

I would like to tell you about my son Bryce. Bryce has a huge heart and he is a very caring person. I watched him save a feeder mouse from a snake and keep as a pet because he didn't want the snake to it. Bryce played in every sport in school and had amazing grades. Bryce liked to watch nature shows instead of cartoons. Bryce and I very close. Bryce was completely destroyed when I had to move in with my mother. All of his friends where not close to where we had to move. Bryce rebelled against us for that reason. Bryce has always been respectful to his elders and uses his manners. Bryce was taught to never ever hit a woman. Bryce is very protective and very close with his sisters. On June 8th, Bryce's life changed forever. Bryce has a lot emotional breaks. I watch my son curl up into a ball on the floor and just sob. Bryce feels so much remorse and is heart broken. When Bryce realized he was losing control he steered the car for his side to take the most damage. Bryce would never ever purposely harm anyone. Please take the time you are able to and get to know Bryce as a person and not just a criminal coming into the court room. My son now has a beautiful baby boy who is 4 months old. My son has an opportunity to provide his son with a better life and childhood then his own childhood. I want nothing more in life but the satisfaction of my children being better parents then we were and my parents were. The amount of time my son is away from grandson will be very d there we go got it Yep no now it's still going detrimental to both of their mental health and well being. Thank you for taking your valuable time away from your career to read this letter.

        Sincerely,
        Crystal Axline